UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. **3:23-cr-229-RJC** |
| ) | |
| v. ) | **BILL OF INDICTMENT** |
| ) | |
| **JOSEPH WILLIAM WATSON** ) | Violations: |
| ) | 18 U.S.C. § 2250 |
| ) | |

THE GRAND JURY CHARGES:

### COUNT ONE
(Failure to Register as a Sex Offender)

From on or about January 25, 2023, to on or about April 13, 2023, in Mecklenburg County, within the Western District of North Carolina and elsewhere, the defendant,

**JOSEPH WILLIAM WATSON**

a person required to register under the Sex Offender Registration and Notification Act, traveled in interstate commerce and knowingly failed to register and update a registration as required by the Sex Offender Registration and Notification Act.

In violation of Title 18, United States Code, Section 2250.

A TRUE BILL:

_____
FOREPERSON

DENA J. KING
UNITED STATES ATTORNEY

_/s/ Nick J. Miller_____
NICK J. MILLER
ASSISTANT UNITED STATES ATTORNEY

1