Revised AO 45 (WDNC - 3/07)

# NEW CRIMINAL CASE COVER SHEET

(To be used for **all** new Bills of Indictments and Bills of Information)

## U. S. DISTRICT COURT

**CASE SEALED:** ○ YES ● NO

**DOCKET NUMBER:** 3:23-cr-229-RJC

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.*

| Field | Value |
|---|---|
| **CASE NAME** | US vs Joseph Watson |
| **COUNTY OF OFFENSE** | MECKLENBURG |
| **RELATED CASE INFORMATION** | 3:12-CR-00265 |
| *Magistrate Judge Case Number* | |
| *Search Warrant Case Number* | |
| *Miscellaneous Case Number* | |
| *Rule 20b* | |
| **SERVICE OF PROCESS** | ARREST WARRANT |

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight):* ○ Petty   ○ Misdemeanor   ● Felony

18 USC 2250

**JUVENILE:** ○ Yes ● No

| | |
|---|---|
| **ASSISTANT U. S. ATTORNEY** | NICK MILLER |
| **VICTIM/WITNESS COORDINATORS:** | SHIRLEY RUTLEDGE |
| **INTERPRETER NEEDED** | |
| **LIST LANGUAGE AND/OR DIALECT:** | |
| **REMARKS AND SPECIAL INSTRUCTIONS:** | |

(Maintain form in the Attorney Work Product folder / purge before archiving)